FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 SEP 13  P 3: 23

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SHEILA FOX,                                *

          Plaintiff,              *

v.                                         *     Civil Action No:    MJG 01 CV 1937

THE MARYLAND SCHOOL FOR THE                *
BLIND,

          Defendant.              *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of the parties' Joint Motion to Modify the Scheduling Order in this case, it is this 13th day of September, 2001:

ORDERED, that the parties' Joint Motion be granted and that the remaining deadlines in this case be extended as follows:

| | |
|---|---|
| Discovery Deadline; Submission of Status Report | January 25, 2002 |
| Requests for Admission | February 1, 2002 |
| Dispositive Pretrial Motions Deadline | February 25, 2002 |

_____
Marvin J. Garbis
United States District Judge

1373645