FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JAN 24  P 4: 22

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

SHEILA FOX                                :

   Plaintiff,                              :   Case No. MJG01-1937

v.                                        :

THE MARYLAND SCHOOL                       :
FOR THE BLIND,
                                          :
   Defendant.

ooo0ooo

## SCHEDULING ORDER

Upon consideration of the Motion of the parties to modify the existing Scheduling Order and for good cause shown, it is this 23rd day of January, 2002 by the Court

ORDERED that the motion be and hereby is GRANTED and the following schedule shall be entered in this case:

| | |
|---|---|
| Discovery Deadline and submission of status report | March 15, 2002 |
| Requests for Admission | March 22, 2002 |
| Deadline For Dispositive Motions | April 15, 2002 |

_____
Marvin J. Garbis,
United States District Judge