IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SHEILA FOX, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No:   MJG 01 CV 1937 |
| THE MARYLAND SCHOOL FOR THE BLIND, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendant The Maryland School for the Blind's Motion to Extend the Time for Defendant's Filing of its Motion for Summary Judgment, it is this 12th day of April, 2002,

ORDERED that Defendant's Motion be granted and that the deadline for the filing of Defendant's summary judgment motion be and hereby is extended from April 15 to April 18, 2002.

_____
Marvin G. Garbis
Judge, U.S. District Court for Maryland

1363917v2