

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

SHEILA FOX,                            :

    Plaintiff,                      :   Case No. MJG01-1937

v.                                     :

THE MARYLAND SCHOOL                    :
FOR THE BLIND,
                                       :
    Defendant.

                    ooo0ooo

RECEIVED
IN THE CHAMBERS OF
MARVIN J. GARBIS
MAY 1 0 2002
UNITED STATES DISTRICT COURT

## STIPULATION FOR EXTENSION OF TIME

Plaintiff and defendant, by their undersigned counsel, hereby stipulate and agree that the time in which plaintiff must respond to defendant's Motion for Summary Judgment shall be extended to and including May 20, 2002.

_____
Jeanne M. Phelan
Whiteford, Taylor & Preston
7 Saint Paul Street
Baltimore, Maryland 21201
(410) 347-8700

Attorneys for Defendant

_____
Joseph B. Espo (Bar No. 07490)
BROWN, GOLDSTEIN & LEVY, LLP
Suite 1700
120 East Baltimore Street
Baltimore, Maryland 21201
(410) 962-1030

Attorneys for Plaintiff

_____ 5/13/02
Approved, Marvin J. Garbis,
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of May, 2002 a copy of the foregoing Stipulation was mailed, first class, postage prepaid, to: Jeanne M. Phelan, Esq., Whiteford, Taylor & Preston, 7 Saint Paul Street, Suite 1400, Baltimore, Maryland 21202.

_____
Joseph B. Espo