IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SHEILA FOX, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No:   MJG 01 CV 1937 |
| THE MARYLAND SCHOOL FOR THE BLIND, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \*

**STIPULATION FOR EXTENSION OF TIME**

Plaintiff and Defendant, by their undersigned counsel, hereby stipulate and agree that the time in which Defendant must respond to Plaintiff's Opposition to Defendant's Motion for Summary Judgment shall be extended to and including June 6, 2002.

_____
Joseph P. Espo, Esquire
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street
Baltimore, MD 21202-6701
(410) 962-1030

Attorney for Plaintiff,
Sheila Fox

_____
Jeanne M. Phelan
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
(410) 347-8700

Attorney for Defendant,
The Maryland School for the Blind

_____
Approved, Marvin J. Garbis,
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of May, 2002, a copy of the foregoing Stipulation for Extension of Time was served by United States Mail, postage prepaid, upon counsel for Plaintiff, Joseph P. Espo, Esquire, Brown, Goldstein & Levy, LLP, 120 E. Baltimore Street, Baltimore, MD 21202-6701.

_____
Jeanne M. Phelan

*1427160*