IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SHEILA FOX                          *

      Plaintiff              *

vs.                                 *   CIVIL ACTION NO. MJG-01-1937

THE MARYLAND SCHOOL FOR THE         *
BLIND
      Defendant              *

*    *    *    *    *    *    *    *    *

JUDGMENT ORDER

By separate order issued this date, the Court has granted the Defendant's Motion for Summary Judgement.

Accordingly:

1. Judgment shall be, and hereby is, entered in favor of Defendant Maryland School for the Blind against Plaintiff Sheila Fox dismissing all claims with prejudice with costs.

2. Any and all prior rulings disposing of any claims against any parties are incorporated by reference herein.

3. This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 31st day of January, 2003.

_____
Marvin J. Garbis
United States District Judge